Matter of Favret v Favret (2023 NY Slip Op 02232)

Matter of Favret v Favret

2023 NY Slip Op 02232

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, MONTOUR, AND OGDEN, JJ.

327 CAF 21-01154

[*1]IN THE MATTER OF STACI R. FAVRET, PETITIONER-APPELLANT,
v
JEREMY J. FAVRET, RESPONDENT-RESPONDENT.  SCOTT A. OTIS, ESQ., ATTORNEY FOR THE CHILDREN, APPELLANT. 

DAVID J. PAJAK, ALDEN, FOR PETITIONER-APPELLANT.
SCOTT A. OTIS, WATERTOWN, ATTORNEY FOR THE CHILDREN, APPELLANT PRO SE. 
 

 Appeals from an order of the Family Court, Jefferson County (James K. Eby, R.), entered June 17, 2021 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted respondent sole custody of the younger child. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 3 and 6, 2023,
It is hereby ORDERED that said appeals are unanimously dismissed without costs upon stipulation.
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court